JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ALLSTATE NORTHBROOK INDEMNITY COMPANY A/S/O ALISHA DONNELL, <br><br>　　　　Plaintiff, <br><br>　　　　v. <br><br>UNITED STATES OF AMERICA, DOES 1 TO 25 <br><br>　　　　Defendants. | No. 2:23-cv-03203-AB-SK <br><br>**ORDER GRANTING STIPULATION FOR COMPROMISE SETTLEMENT AND DISMISSAL** <br><br><br>Honorable André Birotte, Jr <br>United States District Judge |
|---|---|

The Court has considered the parties' Stipulation for Compromise Settlement and Dismissal.

The COURT HEREBY ORDERS that this action, CV 23-03203-AB-SK, is dismissed in its entirety with prejudice, with each party to bear its own costs and fees, including attorneys' fees.

**IT IS SO ORDERED.**

Dated: August 25, 2023

_____
HONORABLE ANDRÉ BIROTTE JR
UNITED STATES DISTRICT JUDGE